Kasey C. Townsend (SBN 152992)
ktownsend@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
275 Battery Street, Suite 850
San Francisco, California 94111
Telephone: (415) 524-4305
Facsimile: (415) 391-2058

Attorneys for Defendant, LENOVO
(UNITED STATES) INC.

Andrew W. Shalaby (SBN 206841)
7525 Leviston Avenue
El Cerrito, CA 94530
Tel. 510-551-8500
Fax: 510-391-2058

Attorney For Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DMITRI VOLOSHCHUK, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>LENOVO (UNITED STATES) INC.<br><br>Defendant. | CASE NO. 4:16-cv-03730-DMR<br><br>**STIPULATION AND ORDER TO ACCOMMODATE MEDIATION DATE OF AUGUST 16, 2017**<br><br>Ctrm.:   4<br>Judge:   Magistrate, Donna M. Ryu |

Plaintiffs DMITRI VOLOSHCHUK, NATALIA NESTEROVA, V.V., V.A. and V.D.F and Defendant LENOVO (UNITED STATES) INC., submit this stipulation and [proposed] order to accommodate a mediation date which has been set to take place on August 16, 2017 with Hon. Bonnie Sabraw (ret.):

1. The parties shall meet and confer with the Regents of the University of California regarding a new demand which has been asserted by Regents

against Plaintiffs, arising out of the computer fire which caused extensive damage to Regents' real property, and the parties shall determine whether to stipulate to Regents' filing of its third-party complaint in this action, and whether the filing of said complaint will affect the Court's diversity jurisdiction.  Said meet/confer to take place on July 5, 2017.  If Regents shall be joining the action, the parties are to notify the Court by July 7, 2017, and request a special case management conference to address any procedural and jurisdictional concerns;

2.  Mediation shall be completed take place on August 16, 2017 with Hon. Bonnie Sabraw (ret.).  All parties, counsels, and persons with full settlement authority must attend mediation;

3.  The last day for hearing dispositive motions, which was previously set for August 24, 2017, to be changed to September 28, 2017, on the Court's regular civil law and motion calendar set for 11:00 AM, and said motions shall be filed with the Court by August 24, 2017;

4.  While all discovery has been served and responded-to, Defendant has not yet provided its Amended Response to Plaintiffs' Request for Production of Documents, Set One, but the parties have conferred on the concern. Defendant will provide its verified  Amended response to Plaintiffs' request for production of documents, and shall serve a courtesy copy by email to Plaintiffs' counsel, by Thursday, July 6, 2017.  The parties shall meet and confer regarding the responses to Plaintiffs' production request by Wed., July 19, 2017.  If Plaintiffs require a discovery motion, it shall be filed by July 25, 2017, and set for hearing on Thursday, August 24, 2017, at 11:00 AM.

5. Non-expert discovery close date shall be changed from June 27, 2017 to (1) July 25, 2017 for service of any additional discovery and/or taking of deposition of any party or witness; (2)  final discovery response service date to August 21, 2017; and (3)  any related discovery motions to be filed by not later than August 24, 2017;

6. Experts shall be disclosed and reports provided by August 24, 2017;

7. Rebuttal experts shall be disclosed and reports provided by September 7, 2017;

8. All discovery from experts shall be completed by September 21, 2017;

9. The pretrial conference of 11/1/17 at 3:00 PM, and all its related deadlines as set forth on the Court's pretrial order dated 12/09/16 (doc. 42), shall remain as previously set.

10.  The Court shall hold a final case management conference on Wed., August 30, 2017, at 1:30 PM.  Case Management Conference Statements shall be filed with the Court by August 23, 2017.

DATED: June 29, 2017          EAST BAY LAW


By: _s/Andrew W. Shalaby_____
Andrew W. Shalaby
Attorneys for Plaintiffs

DATED: June 29, 2017          MURCHISON & CUMMING, LLP


By: _/s/ Kasey C. Townsend_____

1

2

        Kasey C. Townsend
        Attorneys for Defendant, LENOVO
        (UNITED STATES) INC.

3

4

5

        **ORDER**

6

7  IT IS SO ORDERED

8

9  Dated: _____, 2017      _____

        DONNA M. RYU

10        United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>PROOF OF SERVICE</u>

### STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of San Francisco, State of California.  My business address is 7525 Leviston Avenue, El Cerrito, CA 94530

On June 29, 2017, I served true copies of the following document(s) described as **STIPULATION TO ACCOMMODATE MEDIATION** on the interested parties in this action as follows:

**BY ELECTRONIC SERVICE VIA PACER**: I electronically served the document(s) described above via **PACER**, on the recipients designated on the Transaction Receipt located on  **PACER** pursuant to the Court Order establishing the case website and authorizing service of documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on  June 29          , 2017, at San Francisco, California.


s/Sonia Dunn-Ruiz
Sonia Dunn-Ruiz

4:16-cv-03730-DMR
STIPULATION AND ORDER